IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. KRIZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>DR. SANAT K. ROY, Psychiatrist; DR. SHANNON BLACK, Psychologist; TERRY CURTIS, Box Butte County Attorney; and JEAN RHODES, Chairman, Box Butte County Mental Health Board;<br><br>        Defendants. | 8:20CV110<br><br>MEMORANDUM AND ORDER |

Plaintiff Michael J. Kriz, a non-prisoner,[1] filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion and accompanying financial documents (filing no. 3), the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal

---

[1] Plaintiff's Complaint (filing no. 1) indicates he is committed to a state mental institution. Thus, Plaintiff is not a "prisoner" within the meaning of the PLRA. *See Reed v. Clarke*, No. 4:04CV3168, 2005 WL 1075092, at *1 n.1 (D. Neb. May 5, 2005) ("The plaintiff is presently in the Lincoln Regional Center pursuant to a mental health commitment. The Prison Litigation Reform Act ('PLRA') does not apply to persons in custody pursuant to the Mental Health Commitment Act, as the definition of 'prisoner' in the PLRA does not include a person involuntarily committed for reasons of mental health.") (citing *Kolocotronis v. Morgan*, 247 F.3d 726, 728 (8th Cir.2001)).

course of business and will address Plaintiff's pending motion for the appointment of counsel at that time.

Dated this 3rd day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge